JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MONTALVO, as an individual and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>     vs.<br><br>WAREHOUSE SERVICES NO. 4 LLC, a South Carolina Limited Liability Company; and DOES 1 through 10,<br><br>           Defendants. | Case No. 5:20-cv-00144-JVS-SP<br><br>[Assigned to the Hon. James V. Selna]<br><br>**ORDER REMANDING ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

After reviewing the Parties' Stipulation to Remand Removed Action to San Bernardino County Superior Court and good cause appearing, IT IS HEREBY ORDERED as follows:

The Parties' Stipulation is approved. This action is hereby remanded to the Superior Court for the County of San Bernardino.

IT IS SO ORDERED.

Dated: February 14, 2020 _____

The Honorable James V. Selna
United States District Judge